IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLORIA COOPER,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-14-2095 |
| OXFORD LAW, LLC,<br>　　Defendant. | §<br>§<br>§ | |

## FINAL DEFAULT JUDGMENT

It is hereby **ORDERED** that Plaintiff Gloria Cooper's Motion for Default Judgment [Doc. # 10] is **GRANTED**. It is further

**ORDERED** that judgment is hereby entered in favor of Gloria Cooper and against Oxford Law, LLC, in the total amount of **$3,672.50**, plus post-judgment interest at the rate of **0.17%** per annum from date of judgment until paid.

Taxable costs are assessed against Defendant.

This is a final, appealable Judgment.

SIGNED at Houston, Texas, this **30th** day of **January, 2015**.

_____
Nancy F. Atlas
United States District Judge